# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

November 2018 GRAND JURY
(Impaneled 11/02/2018)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

**DERRIUS CUNNINGHAM**
**a/k/a Baby**

**Violations:**
Title 21, United States Code,
Sections 841(a)(1), 846, and 856(a)(1);
Title 18, United States Code, Section 2;
(6 Counts and Forfeiture Allegation)

### COUNT 1

**(Conspiracy to Possess With Intent to Distribute, and to Distribute,
5 Kilograms or More of Cocaine)**

**The Grand Jury Charges That:**

Beginning in or before 2012 and continuing until the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, willfully, and unlawfully combine, conspire, and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, and a quantity of cocaine base, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 84l(a)(l), 841(b)(1)(A), and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

<h2 style="text-align:center">COUNT 2</h2>

**(Possession with Intent to Distribute, and Distribution of, Cocaine)**

**The Grand Jury Further Charges That:**

On or about December 13, 2018, in the Western District of New York, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, intentionally and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

<h2 style="text-align:center">COUNT 3</h2>

**(Maintaining Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or before 2012 and continuing until the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 304 Moselle Street, Buffalo, New York, for the purpose of manufacturing, distributing, and using cocaine and cocaine base, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## COUNT 4

**(Maintaining Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or before 2012 and continuing until the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 37 Hurlock Avenue, Buffalo, New York, for the purpose of manufacturing, distributing, and using cocaine and cocaine base, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## COUNT 5

**(Maintaining Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or before 2012 and continuing until the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 1085 East Ferry Street, Buffalo, New York, for the purpose of manufacturing, distributing, and using cocaine and cocaine base, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## COUNT 6

**(Maintaining Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning on or about September 17, 2014, and continuing until on or about the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 862 Genesee Street, Buffalo, New York, for the purpose of manufacturing, distributing, and using cocaine and cocaine base, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of any or all of the controlled substance offenses alleged in Counts 1 through 6 of this Indictment, the defendant, **DERRIUS CUNNINGHAM a/k/a Baby**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations, including, but not limited to the following:

**MONETARY JUDGMENT:**

The sum of Two Million and Five Hundred Thousand Dollars ($2,500,000) in United States currency or an amount to be determined by the Court which will be evidenced by a monetary judgment issued by this Court in the said amount. Said judgment amount will accrue interest at the prevailing rate per annum and

serve as a judgment and lien against defendant's property, wherever situated until fully satisfied.

It is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant in order to satisfy the monetary judgment.

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

DATED:  Buffalo, New York, February 19, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    S/CHARLES J. VOLKERT, JR.
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5869
       Charles.Volkert@usdoj.gov

A TRUE BILL:

S/FOREPERSON